ISAAC F. DUCKWORTH, Respondent, *v.* JOHN ROACH et al.,
                    Appellants.

(Submitted March 9, 1880; decided March 19, 1880.)

*Geo. W. Van Sicklen* for appellants.

*H. F. Hatch* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.